IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES CECIL HOLLEY, JR., #19586-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv653 |
| | § | CRIMINAL ACTION NO. 4:12cr29(1) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation recommending that the petition for writ of habeas corpus be denied and the case be dismissed with prejudice. Movant filed what is construed as objections.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of facts and recommendations for the disposition of such action, has been presented for consideration. The court has conducted a *de novo* review of Movant's construed objections, which reurge the issues Movant raised in his petition and that were addressed in the Report and Recommendation. The court determines the objections are without merit and concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED that** the petition for writ of habeas corpus is **DENIED,** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 5th day of August, 2020.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE